**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 94-50264**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JAIME HELEDORO-RIVERA,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(USDC No. DR-94-CR-18)**
_____

**November 28, 1995**

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from an order denying appellant's pro se motion entitled "Modification of Sentence Under 18 U.S.C. § 3582(b)(2)", which the district court apparently treated as a motion under 28 U.S.C. § 2255. Appellant argues that his guilty plea was not knowingly and voluntarily entered, and that his counsel was ineffective. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's dismissal of the motion.

AFFIRMED.

---

[*] Local Rule 47.5.1 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that rule, the court has determined that this opinion should not be published.